IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

———————————————

No. 20-13494-CC

———————————————

UNITED STATES OF AMERICA,

Appellee,

vs.

EDGAR DIAZ-COLON,

Appellant.

———————————————————————————————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

———————————————————————————————

APPELLANT'S NOTICE OF FILING OF INTENT NOT TO FILE
REPLY BRIEF AND REQUEST TO SUBMIT MATTER TO THE COURT

———————————————————————————————

        JAMES T. SKUTHAN
        Acting Federal Defender

        Katherine Howard
        Research and Writing Attorney
        Appellate Division
        NY Atty. Reg. No. 5624275
        201 S. Orange Ave., Suite 300
        Orlando, Florida  32801
        Telephone: 407-648-6338
        E-Mail: katherine_howard@fd.org
        Attorney for Appellant

# Appeal No. 20-13494-CC

## *United States of America v. Edgar Diaz-Colon*

### CERTIFICATE OF INTERESTED PERSONS

The persons listed below have an interest in the outcome of this case:

Andrejko, Nicole M.

Cakmis, Rosemary

Chang, Emily C. L.

DerOvanesian, Martin

Diaz-Colon, Edgar Johan

Elm, Donna Lee

Grandy, Todd B.

Howard, Katherine G.

Hoffman, The Honorable Leslie R.

Hoppmann, Karin

Irick, The Honorable Daniel C.

Kahn, Conrad B.

Kamalzadeh, Ali

Kelly, Jenna N.

C1 *of* 2

Appeal No. 20-13494-CC

*United States of America v. Edgar Diaz-Colon*

CERTIFICATE OF INTERESTED PERSONS, CON'T.

Lopez, Maria Chapa

Mendoza, The Honorable Carlos

Minor victims whose identities are protected

Rhodes, David S.

Sholl, Peter J.

Skuthan, James T.

　　　No publicly traded company or corporation has an interest in the outcome of this appeal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 20-13494-CC

UNITED STATES OF AMERICA,

        Appellee,

  v.

EDGAR DIAZ-COLON,

        Appellant.

_____/

APPELLANT'S NOTICE OF FILING OF INTENT
NOT TO FILE A REPLY BRIEF AND TO SUBMIT
THE MATTER FOR THE COURT'S REVIEW

**BY THIS COURTESY** notice of filing, Mr. Diaz-Colon respectfully advises this Honorable Court as well as the government that it is his intent not to file a Reply Brief at this time. Eleventh Circuit Rule 28-1, IOP 4 states: "A party may waive the right to file a reply brief. Immediate notice of such waiver to the clerk will expedite submission of the appeal to the court." As such, Mr. Diaz-Colon provides notice that he will not submit a Reply Brief

and asks the Clerk to submit this matter to the Court for its review and consideration.

             JAMES T. SKUTHAN

             Acting Federal Defender

             ***/s/Katherine Howard***
             Katherine Howard
             Research and Writing Attorney
             Appellate Division
             NY Atty. Reg. No. 5624275
             201 S. Orange Avenue, Suite 300
             Orlando, Florida 32801
             Telephone: 407-648-6338
             Email: katherine_howard@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was furnished via electronic filing under CM/ECF to: Assistant United States Attorney Todd B. Grandy on this 13th day of May, 2021

             ***/s/ Katherine Howard***
             Research and Writing Attorney